PER CURIAM.
Affirmed. See Clark v. State, 363 So.2d 331 (Fla.1978); Fraley v. State, 426 So.2d 983 (Fla. 3d DCA 1983); Lecoin v. State, 418 So.2d 336 (Fla. 3d DCA 1982); Jones v. State, 415 So.2d 852 (Fla. 5th DCA), review denied mem., 424 So.2d 761 (Fla.1982); Jackson v. State, 403 So.2d 1063 (Fla. 4th DCA 1981), review denied mem., 412 So.2d 466 (Fla.1982); De La Cova v. State, 355 So.2d 1227 (Fla. 3d DCA), cert. denied mem., 361 So.2d 831 (Fla.1978); Bush v. State, 341 So.2d 534 (Fla. 3d DCA 1977).